**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MICHAEL A. WALKER, JR.**                                                      **PLAINTIFF**

**V.**                                **No. 3:25-CV-00162-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated 12 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE